IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>YURI MULATO,<br><br>               Defendant. | 4:24CR3022<br><br>**ORDER** |

       This matter is before the Court on the Court's own motion. Medical information for the above-named defendant currently held at Saline County Jail under the authority of the United State Marshal Service is required in order for the United States Probation Office to complete its pre-sentence investigation report. Requests by the U.S. Probation Officer for said information have been denied for want of an order by this Court.

       THEREFORE, IT IS ORDERED THAT Saline County Jail and/or the United States Marshal Service release requested medical information to the United States Probation Officer for the District of Nebraska, c/o Lisa Mayland, United States Probation Officer.

       Dated this 26th day of August, 2024.

                                                                         BY THE COURT:

                                                                         <u>s/ Joseph F. Bataillon</u><br>
                                                                         Senior United States District Judge